FILED

2005 FEB 22 P 2:

U.S. DISTRICT COU[RT]
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA  \*  NO. 3:02 CR 191 (CFD)

v.

MOTION BY DEFENDANT'S
COUNSEL FOR APPROVAL OF
JONATHAN CASILLAS  \*  TRAVEL, *NUNC PRO TUNC*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I request retroactive approval for reimbursement of my round trip airfare from Tucson, AZ to Hartford. The purpose of travel was for my appearance at defendant Jonathan Casillas' sentencing hearing on 29 June 2004. Attached is a copy of my ticket receipts, along with confirmation of my online order for these tickets in the amount of $442.90.

Dated: 16 July 2004

P.A. Kelly    24 Aug. 04
Peter A. Kelly, Attorney for Defendant
6892 Coronado Memorial
P.O. Box 63
Palominas, AZ 85615
Tel. 520 366 0112
Federal Bar Number: ct00184

FILED
2005 FEB 22 P 2:13
U.S. DISTRICT COURT
NEW HAVEN, CT

*Granted. So ordered.* [signature] 2/15/05

02CR191/pak