# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. JONATHAN CASILLAS                                     FILED    Docket No. 3:02CR00191(CFD)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Sandra Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jonathan Casillas who was sentenced to 1 day imprisonment for a violation of 21 U.S.C. § 846, Possession with Intent to Distribute Cocaine Base, by the Honorable Christopher F. Droney, U.S. District Judge, sitting in the court at Hartford, Connecticut, on June 30, 2004, who fixed the period of supervision at three years which commenced on June 30, 2004, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: (1) The defendant is required to participate in a substance abuse program approved by the U.S. Probation Office; and (2) The defendant is prohibited from possessing a firearm or other dangerous weapon.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

### Charge No. 1 - Condition Violated

Mandatory Condition:    "The defendant shall not commit another Federal, state, or local crime."

Mr. Casillas was arrested on August 7, 2005, by the Cromwell Police Department and charged with Disorderly Conduct, Risk of Injury to a Minor, Threatening 2nd Degree, and Criminal Mischief. Mr. Casillas was released on a $5,000 bond on August 8, 2005. The matter remains pending in Superior Court in Middletown, Connecticut, under docket number CR05-173160, with next appearance date of September 22, 2005.

### Charge No. 2 - Condition Violated

Mandatory Condition:    "The defendant shall refrain from any unlawful use of a controlled substance."

Mr. Casillas has tested positive for marijuana use on six occasions between June 14, 2005 and August 2, 2005.

### Charge No. 3 - Condition Violated

Standard Condition:    "The defendant shall notify the probation officer within seventy-two hours of being arrest or questioned by a law enforcement officer."

To date, Mr. Casillas has failed to contact the Probation Office to report his arrest or pending criminal case.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled and that Mr. Casillas be brought before the Court to show cause why his supervised release should not be revoked.

**ORDER OF COURT**

Considered and ordered this _1st_ day of _September_, 2005 and ordered filed and made a part of the records in the above case.

_____
The Honorable Christopher F. Droney
United States District Judge

Sworn to By _____
                    Sandra L. Hunt
                    United States Probation Officer

Place    9/1/05
Date    Hartford, CT

Before me, the Honorable Christopher F. Droney, United States District Judge, on this _1st_ day of _September_ 2005 at Hartford, Connecticut, U.S. Probation Officer Sandra L. Hunt appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Christopher F. Droney
United States District Judge