UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:04CR337 (AWT) |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN CASILLAS | ) | |
| | ) | SEPTEMBER 12, 2005 |

**Motion to Continue Hearing on Modification of Supervised Release**

The Defendant, Jonathan Casillas, respectfully moves for a continuance of his hearing scheduled for September 19, 2005.  The reason for this request is that the undersigned counsel is scheduled to appear for argument before the Second Circuit that morning.

Mr. Casillas was presented on September 9, 2005, and waived his right to a preliminary hearing.  Nonetheless, it is his wish to appear before the Court at the earliest possible time.  The undersigned counsel can make arrangement to be available on September 13, 14, 15, 16 (afternoon), 20, 21, 22.

Respectfully submitted,

_____
Jose M. Rojas
The Rojas Law Firm
Federal Bar No. ct 22569
2074 Park Street
Hartford, CT 06106
(860) 232-3476
Therojaslawfirm@sbcglobal.net

## CERTIFICATE OF SERVICE

This is to certify that on this the 12th day of September, 2005, a copy of the foregoing Notice of Appearance and accompanying memorandum of law were mailed, via U.S. mail, postage prepaid, to:

Tom Daly
United States Attorney's Office
450 Main Street
Hartford, CT 06106

and

Sandra Hunt
Probation Department
Connecticut Financial Center
157 Church Street
Hartford, CT 06510

_____
Jose M. Rojas