# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. JONATHAN CASILLAS                                      Docket No. 3:02CR00191(CFD)

## Petition For Modification of Conditions or Term of Supervised Release

**COMES NOW,** Sandra Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jonathan Casillas who was sentenced to time served and a three year term of supervised release for a violation of supervised release by the Honorable Christopher F. Droney, U.S. District Judge, sitting in the court in Hartford, Connecticut on November 10, 2005, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: 1) The defendant shall participate in a program approved by the Probation Office for inpatient or outpatient substance abuse treatment and testing; and 2) The defendant shall participate in a program approved by the Probation Office for mental health treatment..

Jonathan Casillas began supervision on NOVEMBER 10, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**Charge No. 1 - Condition Violated**
Mandatory Condition: "The defendant shall refrain from any unlawful use of a controlled substance."

Mr. Casillas tested positive for marijuana use on April 17, 2006 and April 6, 2006.

**Charge No. 2 - Condition Violated**
Standard Condition: "The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons."

Mr. Casillas has not had verified employment since January 1, 2006.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing JONATHAN CASILLAS to appear before this Court at Hartford, Connecticut, on _May 11, 2006_ at _10:00 a.m._ to show cause why the special conditions of supervision should not be modified as follows:

That the defendant shall be placed in a community corrections center (halfway house) for a period of 120 days as arranged by the Probation Office and shall abide by the conditions of that program during said placement.

**ORDER OF COURT**                                                   Respectfully Submitted

Considered and ordered this _26th_                                  _____
day of _April_, 2006 and ordered filed and made a part                          Sandra Hunt
of the records in the above case.                                    United States Probation Officer

                                                                     Place:  Hartford, Connecitcut
_____
The Honorable Christopher F. Droney                                  Date:  _4/26/06_
United States District Judge