UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :
:
vs. : Criminal No. 3:02 CR 191(CFD)
:
JONATHAN CASILLAS :

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On November 10, 2005, the defendant was sentenced to time served and three years' supervised release after a revocation of supervised release, subject to standard and special conditions.

WHEREAS, at a hearing before this Court on May 11, 2006, Mr. Casillas, who was represented by counsel and given an opportunity to be heard, was charged with violations of supervised release regarding drug use and failure to maintain employment. The Court deferred making any findings and the matter has been continued. In the interim, the defendant shall remain on supervised release with the following modification to the special conditions. The defendant agreed to the modification in open court.

IT IS ORDERED that the conditions of supervised release be modified to add a special condition that the defendant be required to reside and participate in a community corrections center (halfway house) program for a period of 120 days as arranged by the U. S. Probation Office and shall abide by the conditions of that program during said placement.

All other aspects of the original judgment shall remain in full force and effect.

Signed and dated at Hartford, Connecticut, this 17th day of May, 2006.

The Honorable Christopher F. Droney
United States District Judge